IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THE ESTATE OF EVAN ROBERT ENGLISH aka EVAN R. ENGLISH, by and through JASON CORBETT ENGLISH, Personal Representative; JASON CORBETT ENGLISH, Individually and as Guardian Prochein Ami for J.R., minor; and AMI R. ENGLISH, | ) ) ) ) ) ) ) ) | CIV NO 13-00034 LEK-BMK |
| | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ARMY HAWAII FAMILY HOUSING, LLC; ACTUS LEND LEASE LLC; ISLAND PALM COMMUNITIES LLC; ROBERT RODNEY; MI WINDOWS AND DOORS, INC.; DOE DEFENDANTS 1-10; and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| JASON CORBETT ENGLISH, Individually and as Guardian Prochein Ami for J.R., minor; and AMI R. ENGLISH, | ) ) ) ) | CONSOLIDATED CASE:<br><br>CIV NO 14-00157 LEK-BMK |
| | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) | |

ET AL.,                                          )
                                                 )
                        Defendants.              )
_____                  )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 21, 2015, and statements of no opposition having been filed by all parties,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendants' Petition for Determination that Settlement is in Good Faith" (ECF NO. [147]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, DECEMBER 22, 2015



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JASON CORBETT ENGLISH, ET AL. VS. ARMY HAWAII FAMILY HOUSING LLC, ET AL., CIVIL 13-00034 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**